No. 841, Misc. JUSTUS *v.* WOODRUFF, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 848, Misc. LUNDBERG *v.* BANNAN, WARDEN. Motion for leave to file petition for writ of habeas corpus and for other relief denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

*Probable Jurisdiction Noted.* (*See No. 699; ante, p. 246.*)

*Certiorari Granted.* (*See No. 753, ante, p. 240.*)

*Certiorari Denied.* (*See also Misc. Nos. 841 and 848, supra.*)

No. 777, Misc. JACKSON *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.